IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02238-WDM-BNB

MARY ANN MESSICK,

    Plaintiff,

v.

ALLIED INTERSTATE, INC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 4, 2008

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge